Honorable Karen L. Strombom

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| STL International, Incorporated., a Washington State corporation, <br><br> Plaintiff, <br><br> v. <br><br> TV Market LLC, a limited liability company of the state of Wisconsin, and Chris J. Reoch, and John Doe 2, Individuals, <br><br> Defendant. | No. 3:06-cv-05038 <br><br> ORDER OF DEFAULT AS TO TV MARKET LLC AND CHRIS J. REOCH |

Plaintiff, STL International, Incorporated ("STL"), has moved this Court for an Order of Default against Defendants TV Market LLC ("TV Market") and Chris J. Reoch ("Reoch"). TV Market and Reoch have not appeared herein nor answered STL's complaint.  The Court finds that STL's motion is meritorious: from the evidence before this Court, Defendant TV Market appears to have been served with a summons and complaint on the 8th of February, 2006 and Reoch appears to have been served with a summons and complaint on the 17th of February, 2006.

//////

/////

/////

[PROPOSED] ORDER OF DEFAULT AS TO TV MARKET LLC AND CHRIS J. REOCH (3:06-cv-05038) - 1
STLN\2853PL2.DOC
04/11/06 1:09 PM

CHRISTENSEN O'CONNOR JOHNSON KINDNESS^PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

Having been duly served, TV Market and Mr. Reoch have not appeared nor answered as required by the rules of this Court.

Accordingly, it is hereby ordered that Defendants TV Market LLC and Chris J. Reoch are hereby in default.

Dated this 11th day of April, 2006.

                                                Clerk of the United States District Court
                                                for the Western District of Washington

                                                s/Jean Boring
                                                By : Deputy Clerk

Presented by

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS PLLC


_____
James R. Uhlir, WSBA No.: 2,365
Attorney for Plaintiff STL International,
  Incorporated


**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                                s/_____
                                                Anne Calico, paralegal
                                                Christensen O'Connor Johnson Kindness PLLC
                                                1420 Fifth Avenue, Suite 2800
                                                Seattle, WA  98101-2347
                                                Telephone: 206.682.8100
                                                Fax:  206.224.0779

[PROPOSED] ORDER OF DEFAULT AS TO TV
MARKET LLC AND CHRIS J. REOCH
(3:06-cv-05038) - 2
STLN\2853PL2.DOC
04/11/06 1:09 PM

CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA  98101-2347
TELEPHONE:  206.682.8100