Honorable Ronald B. Leighton

06-CV-05038-ORD

FILED _____ LODGED
_____ RECEIVED
JUN 22 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STL International, Incorporated., a Washington State corporation,<br><br>Plaintiff,<br><br>v.<br><br>TV Market LLC, a limited liability company of the state of Wisconsin, and Chris J. Reoch, and John Doe 2, Individuals,<br><br>Defendant. | No. 3:06-cv-05038<br><br>[~~PROPOSED~~] JUDGMENT OF DEFAULT AND INJUNCTION<br><br>NOTE ON MOTION CALENDAR: JUNE 21, 2006 |

Plaintiff, STL International, Incorporated ("STL"), has moved this Court for a Judgment of Default, an Entry of Default having been issued by the Clerk on April 11, 2006, and the Defendants, TV Market LLC and Chris J. Reoch, have failed to appear.

IT IS HEREBY ORDERED that

1. The Defendants, TV Market LLC and Chris J. Reoch, are prohibited from using any trademarks of STL, including HANGUPS, OVER EZ TRAINING HANDLES, and OVER EASY TRAINING HANDLES, any photographs of STL products, and any false or misleading statements regarding inversion tables or the qualities or benefits thereof, in connection with the offering for sale and sale of any products not manufactured by STL;

[PROPOSED] JUDGMENT OF DEFAULT AND INJUNCTION 3:06-cv-05038 - 1
STLN\2853PLS.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS^PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

1   2.   STL is awarded reasonable attorney's fees, cost and disbursements, pursuant to
2   15 U.S.C. §1117(b), RCW 19.86.090 and RCW 19.86.090 in an aggregate amount of $13,755;
3   and
4   3.   The Defendants, TV Market LLC and Chris J. Reoch, are ordered to deliver up
5   for destruction all photographs of STL's products in its possession.

IT IS SO ORDERED.

Dated this 22nd day of June, 2006.

_____
U.S. District Court Judge

Presented by

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>

s/James R. Uhlir
James R. Uhlir, WSBA No.: 2,365
Sarah E. Nagae, WSBA No.: 26,984
Attorneys for Plaintiff STL International, Incorporated

[PROPOSED] JUDGMENT OF DEFAULT AND
INJUNCTION 3:06-cv-05038 - 2
STLN2853PL5.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100